Argued September 14, affirmed September 29, 1954

# GRAHAM ET UX. *v.* ANDREWS ET UX.
### 274 P. 2d 278

*Orval Thompson,* Albany, argued the cause for appellants. On the brief were Weatherford & Thompson, Albany.

*La Verne M. Johnson,* Corvallis, argued the cause for respondents. On the brief were Karl T. Huston and John Thomas, Corvallis.

Before LATOURETTE, Chief Justice, and WARNER, ROSSMAN and TOOZE, Justices.

PER CURIAM.

Plaintiffs sued defendants for an abatement in the purchase price of land on account of an encumbrance against it. Plaintiffs prevailed in the trial court. Defendants appeal.

The preponderance of the evidence supports the decree.

Affirmed.